NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

RIKI RASHAAD MUHAMMAD, *Petitioner*.

No. 1 CA-CR 14-0776 PRPC
FILED 12-20-2016

Petition for Review from the Superior Court in Maricopa County
No. CR1995-003442
The Honorable David B. Gass, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Riki Rashaad Muhammad, Winslow
*Petitioner*

---

**MEMORANDUM DECISION**

Judge Lawrence F. Winthrop delivered the decision of the Court, in which Presiding Judge Kent E. Cattani and Chief Judge Michael J. Brown joined.

---

**W I N T H R O P**, Judge:

**¶1**        Riki Rashaad Muhammad, formerly known as Richard Warren Miller, petitions for review of the summary dismissal of his third post-conviction relief proceeding. We have considered the petition for review and, for the reasons stated, grant review but deny relief.

**¶2**        A jury convicted Muhammad of murder in the first degree and two counts of child abuse, and he was sentenced to life imprisonment and two consecutive seventeen-year prison terms. This court affirmed the convictions on appeal, but remanded for resentencing. *State v. Miller*, 1 CA-CR 97-0113 (Ariz. App. Jan. 27, 1998) (mem. decision). On remand, the superior court imposed the same sentences, and the sentences were affirmed on appeal. *State v. Muhammad*, 1 CA-CR 99-0866 (Ariz. App. Aug. 29, 2000) (mem. decision).

**¶3**        The superior court dismissed Muhammad's first petition for post-conviction relief in 2003. In 2013, Muhammad filed an untimely and successive notice of post-conviction relief, which was likewise summarily dismissed. In 2014, Muhammad filed another untimely and successive notice and petition for post-conviction relief, in which he sought to raise claims of newly discovered material facts and a significant change in the law. Finding Muhammad failed to state a claim for which relief could be granted in an untimely and successive post-conviction relief proceeding, the superior court summarily dismissed the notice and petition. This petition for review followed.

**¶4**        In summarily dismissing the notice and petition, the superior court issued a ruling that clearly identified, fully addressed, and correctly resolved the claims. Under these circumstances, we need not repeat that court's analysis here; instead, we adopt it. *See State v. Whipple*, 177 Ariz. 272, 274, 866 P.2d 1358, 1360 (App. 1993) (holding that when the superior court rules "in a fashion that will allow any court in the future to understand the resolution[, n]o useful purpose would be served by this court rehashing the trial court's correct ruling in [the] written decision").

¶5        Accordingly, although we grant review, we deny relief.



AMY M. WOOD • Clerk of the Court
FILED:  AA